**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Healthcare Security Services, Inc. d/b/a Groves Security
Solutions and all Occupants of 829 Yale Street, Houston, Texas
v. Nicholas Fugedi, in his Capacity as Trustee of the Carb Pura
Vida Trust

Appellate case number:   01-21-00036-CV

Trial court case number:  1150005

Trial court:             County Court at Law No. 1

Date motion filed:       April 15, 2022

Party filing motion:     Appellee


It is ordered that the "Motion for Rehearing or Alternatively to Abate Pending Fifth Circuit Decision as to Title" is **denied**.  *See* TEX. R. APP. P. 49.3.  The relief requested in appellants' response to the motion for rehearing is **denied**.


Judge's signature: _____Sherry Radack_____
                        Acting for the Court

Panel consists of: Chief Justice Radack and Justices Kelly and Landau.


Date:  __May 10, 2022_____